```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 15859
    JACQUELINE D SMITH
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-0727
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/01/06 and confirmed on 04/13/07.

    2.  The case was dismissed after confirmation, 07/18/2008.

    3.  The Debtor paid a total of $    5155.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK | SECURED VEHIC | 9598.50 | 1207.76 | 2550.16 |
| A ALL FINANCIAL | UNSECURED | 1053.02 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1882.89 | .00 | .00 |
| CASH TO GO | UNSECURED | NOT FILED | .00 | .00 |
| NORTH CHICAGO WATER DEPT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 409.22 | .00 | .00 |
| HEIGHTS FINANCE CORP | UNSECURED | 4382.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 490.06 | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 1175.79 | .00 | .00 |
| STATE COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSAL LENDERS | UNSECURED | 1108.76 | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9598.50 | .00 | 10501.74 | .00 | 20100.24 |
| PRINCIPAL PAID | 2550.16 | .00 | .00 | .00 | 2550.16 |
| INTEREST PAID | 1207.76 | .00 | .00 | .00 | 1207.76 |
| TOTAL PAID | 3757.92 | .00 | .00 | .00 | 3757.92 |

The Debtor's attorney, KONSTANTINE T SPARAGIS      , was allowed $   3000.00
and was paid $    500.00   direct and $   1189.14   through the plan.

The Trustee received $     207.94 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 10/08/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```